1  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
   J. WILLIAM EBERT, ESQ. (Nevada Bar No. 2697)
2  DAVID A. MARKMAN, Esq. (Nevada Bar No. 12440)
   9900 Covington Cross Drive, Suite 120
3  Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
4  (702) 382-1512 - Facsimile
   bebert@lipsonneilson.com
5  dmarkman@lipsonneilson.com

6  Attorneys for Defendant ANTELOPE HOMEOWNERS ASSOCIATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS ASSOCIATION,<br><br>Defendant. | CASE NO.: 2:17-cv-00247-JCM-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR ANTELOPE HOMEOWNERS ASSOCIATOIN TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant ANTELOPE HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff PROF-2013-S3 LEGAL TITLE TRUTS IV, BY U.S. BANK, N.A., ("BANK") by and through their respective counsel hereby agree and stipulate as follows:

On January 30, 2017, Plaintiff BANK filed a Complaint against HOA. A summons has since been returned and executed [ECF No. 6], and HOA's answer was due on February 23, 2017. Counsel for HOA has just recently been retained in this matter, and needs additional time to reply to the arguments raised in BANK's Complaint, in light of developing case law and recent decisions issued by the Ninth Circuit Court of Appeals and Nevada Supreme Court, which affect this case and others like it. The additional time will allow HOA to properly address the issues raised.

Further, the parties are currently discussing the potential of early resolution for this matter. The parties believe that this case has a good likelihood of being resolved

prior to protracted litigation. In order to conserve resources the parties would like to extend the time for the HOA to file its responsive pleading.

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to file its Response to Complaint shall be extended to April 10, 2017.

This stipulation is made in good faith and not for purpose of delay.

DATED this 8th day March, 2017.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| /s/ David A. Markman<br>By:_____<br>J. William Ebert, Esq. (Bar No. 2697)<br>David A. Markman, Esq. (Bar No. 12440)<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>(702) 382-1500 – Phone<br><br>*Attorneys for Antelope Homeowners Association* | /s/ J. Stephen Dolembo<br>By:_____<br>Edgar C. Smith Esq. (Bar No. 5506)<br>J. Stephen Dolembo, Esq. (Bar No. 9795)<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964 – Phone<br><br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED.

DATED this ___9th___ day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE