WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
sdolembo@wrightlegal.net
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 2:17-cv-00247<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO ANTELOPE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS**<br><br>**[FOURTH REQUEST]** |

Plaintiff, PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE (hereinafter "U.S. Bank"), and Defendant, ANTELOPE HOMEOWNERS ASSOCIATION, (hereinafter "HOA") hereby stipulate as follow:

## **STIPULATION**

1. HOA filed its Motion to Dismiss ("Motion") on June 16, 2017 [EFC No. 13] with a response deadline of June 30, 2017.

2. A Stipulation and Order was filed on June 28, 2017 [EFC No. 15] requesting a response deadline on or before July 7, 2017.

3. A Stipulation and Order was filed on July 7, 2017 [EFC No. 17] requesting a response deadline on or before July 14, 2017.

4. A Stipulation and Order was filed on July 14, 2017 [EFC No. 19] requesting a response deadline on or before August 3, 2017.

5. U.S. Bank requests additional time to file a response to the Motion and the HOA does not object to the request.

6. The request is made as a tentative settlement has been reached and the parties require an additional 30 days to finalize settlement terms and to prepare closing documents.

7. Therefore, the parties agree that U.S. Bank's response to the Motion is now due on or before September 4, 2017.

8. The HOA's Reply Brief is now due on or before September 11, 2017.

| | |
|---|---|
| DATED this 3rd day of August, 2017. | DATED this 3rd day of August, 2017. |
| WRIGHT, FINLAY & ZAK, LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| */s/ J. Stephen Dolembo, Esq.* <br> Edgar C. Smith, Esq. <br> Nevada Bar No. 5506 <br> J. Stephen Dolembo, Esq. <br> Nevada Bar No. 9795 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee* | */s/ David A. Markman, Esq.* <br> J. William Ebert, Esq. <br> Nevada Bar No. 2697 <br> David A. Markman, Esq. <br> Nevada Bar No. 12440 <br> 8945 West Russell Road, Suite 330 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Antelope Homeowners Association* |

**Case Number:** 2:17-cv-00247

## ORDER

IT IS SO ORDERED.

Dated this 10th day of August, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ J. Stephen Dolembo, Esq.*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*