WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 2:17-cv-00247-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS** |

IT IS HEREBY STIPULATED by Plaintiff, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "U.S. Bank") and Defendant, Antelope Homeowners Association. (hereinafter, "Antelope," "HOA" or "Defendant"), (collectively, the "Parties"), by and through their respective attorneys of record, that all claims between them in this matter, and any and all amendments thereto, are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 18th day of December, 2018.<br><br>WRIGHT, FINLAY & ZAK, LLP | DATED this 18th day of December, 2018.<br><br>LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |

| | |
|---|---|
| */s/ Rock K. Jung, Esq.*<br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee* | */s/ Karen Kao, Esq.*<br>J. William Ebert, Esq.<br>Nevada Bar No. 2697<br>Karen Kao, Esq.<br>Nevada Bar No. 14386<br>8945 West Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>*Attorneys for Antelope Homeowners Association* |

**ORDER**

Pursuant to the Stipulation entered into between the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff's Complaint, all claims contained therein, and all amendments thereto, are dismissed with prejudice as to all parties.

IT IS FURTHER ORDERED that each party will bear its own fees and costs.

IT IS SO ORDERED.

Dated this 19th of December, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*